Prob12B
D/NV Form
Rev. July 2013

# United States District Court

for

the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**August 23, 2013**

Name of Offender:   **DANA NOEL COBURN**

Case Number:   **2:13-cr-277-APG-VCF**

Name of Sentencing Judicial Officer:   Honorable William F. Downes

Date of Original Sentence:   December 4, 2008

Original Offense:   Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

Original Sentence:   151 months custody; 5 years supervised release

Date Supervision Commenced:   December 6, 2012

Date Jurisdiction Transferred to District of Nevada:   July 18, 2013

Name of Assigned Judicial Officer:   Honorable Andrew P. Gordon

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **You shall be confined to home confinement with location monitoring, if available, for a period of two months. You shall pay 100% of the costs of the location monitoring services.**

## CAUSE

On March 17, 2013, here two breath tests were administered with BAC results of .075% and .071%., in violation of her no alcohol condition. Coburn failed to notify her probation officer of this arrest, as required by her conditions of supervised release (within 72 hours). She was admonished for failing to notify this writer or her previous officer of this arrest. The charges in Wyoming were dismissed.

As a sanction for her violations, it is requested that Your Honor modify her release conditions to include home confinement with location monitoring for a period of two months; and that Coburn pay 100% of the

Prob12B
D/NV Form
Rev. July 2013

**RE: DANA NOEL COBURN**

cost. Coburn's drug/alcohol testing has been increased. In addition, her location monitoring will be equipped with a sobrietor to monitor her alcohol use. A sobrietor will administer random breath tests during her confinement period and, if alcohol is detected, will alert the undersigned officer shortly after the results are registered.

Respectfully submitted,

HENRY STEGMAN
Senior United States Probation Officer

APPROVED:

TODD J. FREDLUND, Supervising
United States Probation Officer

## THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

\_\_X\_\_ The modification of conditions as noted above

_____ Other

Signature of Judicial Officer

August 28, 2013
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Home Confinement with Location Monitoring - You shall be confined to home confinement with location monitoring, if available, for a period of two months. You shall pay 100% of the costs of the location monitoring services.

Witness _____     Signed _____
U.S. Probation Officer                              Dana Coburn

August 20, 2013
Date