UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANA NOEL COBURN,<br><br>Defendant. | Case No. 2:13-cr-277-APG-VCF<br><br>**ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>(Dkt. #9) |

On July 27, 2015, defendant moved to terminate her remaining supervised release term. (Dkt. #9.) The United States Attorney and the Probation Office oppose early termination.

Pursuant to 18 U.S.C. §3583(e)(1), I may terminate a term of supervised release if it is warranted by the defendant's conduct and the interest of justice. I also must consider the factors set forth in 18 U.S.C. §3583(a).

On December 4, 2008, defendant was sentenced to a period of imprisonment followed by a five-year period of supervised release. Supervision began on January 1, 2013. Subsequently, defendant was arrested for Driving Under the Influence in Wyoming. Although the charges were later dismissed, defendant failed to report the arrest to her probation officer. Thus, defendant violated conditions of her release by the excessive use of alcohol and failing to report a police contact to her supervising officer. Defendant was given two months' home confinement as a sanction. She has fully complied with the terms of her supervised release since then.

Due to the violation of the terms of her release, the interests of justice are not served by terminating defendant's supervised release at this time. However, I will deny the motion without prejudice. Defendant may file a new motion to terminate supervised release no sooner than six months from entry of this Order. If she has no further violations, and if she continues to make

/ / / /

progressive strides toward supervision objectives, I likely will look favorably upon the motion at that time.

IT IS HEREBY ORDERED that the defendant's motion to terminate supervised release **(Dkt. #9) is DENIED.**

Dated: August 25, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE