UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANA NOEL COBURN<br><br>Defendant. | Case No. 2:13-cr-277-APG-VCF<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>(Dkt. ##14, 15) |

Defendant Dana Noel Coburn moves for early termination of supervised release. (Dkt. ##14, 15.) Neither the United States Attorney nor the Probation Office opposes. (Dkt. #16.)

Modification or termination of supervised release is governed by 18 U.S.C. § 3583(e), which requires me to consider the defendant's conduct and the interests of justice. I also must consider "the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." I denied Coburn's prior request for early termination, but said I would likely favorably consider a future motion if Coburn continued with good conduct. (Dkt. #13.) Since then, Coburn has had no violations, and has continued to make progressive strides toward the objectives of supervision. Because the present circumstances justify early termination of supervised release, I will grant the motion.

The defendant's motion for early termination of supervised release **(Dkt. ##14, 15)** is **GRANTED.**

DATED this 16th day of March, 2016.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE